# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA PADILLA, | Case No.: CV 13-06082 DSF (PJWx) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and QUALITY LOAN SERVICING CORP, | |
| Defendants. | |

The Court having ordered that the case be dismissed with respect to Defendant Bank of America, N.A. (as successor by merger to BAC Home Loan Servicing, LP) by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss, and having determined that there is no just reason for delaying entry of final judgment as to Bank of America, N.A.,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing against Bank of America, N.A., that the action be dismissed without prejudice against Bank of America, N.A., and that Bank of America, N.A. recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 11/20/2013

_____
Dale S. Fischer
United States District Judge