**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA PADILLA, <br><br> Plaintiff, <br><br> vs. <br><br> BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and QUALITY LOAN SERVICING CORP, <br><br> Defendants. | Case No.: CV 13-06082 DSF (PJWx) <br><br><br> **JUDGMENT** |

Plaintiff, having failed to serve the remaining defendants within the time set by the Federal Rules of Civil Procedure and having otherwise failed to request an extension of that time,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice against all remaining defendants.

Dated: 1/9/14

_____
Dale S. Fischer
United States District Judge